

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00525-CV

**IN RE** Manuel Menchaca **PENA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: July 15, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Manuel Menchaca Pena, filed his petition for writ of mandamus on July 6, 2026. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy at law, such as an appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Having considered the petition and the record, this court concludes that Pena has not shown that he is entitled to the relief sought. TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2016PC3716, styled *Manuel Menchaca Pena v. Credit Human Federal Credit Union and Mary Pena*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Veronica Vasquez presiding.